**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP PIERRE VAUGHN, <br><br> Petitioner, <br><br> vs. <br><br> MIKE McDONALD, WARDEN, <br><br> Respondent. | CASE NO. CV 09-06974 JVS (RZ) <br><br> JUDGMENT |

This matter came before the Court on the Petition of PHILLIP PIERRE VAUGHN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 24, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE